UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ROBERT A. GRIMES             Miscellaneous No: 83-030

_____/

MEMORANDUM OPINION AND ORDER

At a session of said court, held in the Federal Building, Port Huron, Michigan on the ___ day of June, 1983

PRESENT: HONORABLE JAMES HARVEY
United States District Judge

This matter is presently before the Court on Respondent's motions for reconsideration, for oral argument, and for a hearing. Respondent's motion for reconsideration is directed toward the Court's Memorandum Opinion and Order of May 9, 1983. Respondent has demonstrated no palpable defect by the Court which must result in a different disposition of the matter. Rule 17k, <u>Local Rules of the United States District Court for the Eastern District of Michigan</u>.

Accordingly, Respondent's motions for reconsideration, for oral argument, and for a hearing are hereby DENIED.

IT IS SO ORDERED.

_____
JAMES HARVEY
United States District Judge